Fred G. ZERBST, Warden, United States Penitentiary, Atlanta, Georgia, Appellant, v. Walter JACKSON, Appellee.

No. 8665.

Circuit Court of Appeals, Fifth Circuit.

Oct. 18, 1938.

Lawrence S. Camp, U. S. Atty., and Harvey H. Tisinger and H. T. Nichols, Asst. U. S. Attys., all of Atlanta, Ga., for appellant.

No appearance was entered on behalf of appellee.

Before SIBLEY, HOLMES, and McCORD, Circuit Judges.

PER CURIAM.

On the authority of Zerbst, Warden, v. Kidwell et al., 303 U.S. 632, 58 S.Ct. 757, 82 L.Ed. 1092, the judgment in the above numbered and entitled cause is reversed and the cause remanded for further proceedings according to law.

Fred G. ZERBST, Warden, United States Penitentiary, Atlanta, Georgia, Appellant, v. Charles M. O'DAY, Appellee.

No. 8610.

Circuit Court of Appeals, Fifth Circuit.

Oct. 18, 1938.

Lawrence S. Camp, U. S. Atty., and Harvey H. Tisinger and H. T. Nichols, Asst. U. S. Attys., all of Atlanta, Ga., for appellant.

No appearance was entered on behalf of appellee.

Before SIBLEY, HOLMES, and McCORD, Circuit Judges.

PER CURIAM.

On the authority of Zerbst, Warden, v. Kidwell et al., 303 U.S. 632, 58 S.Ct. 757, 82 L.Ed. 1092, the judgment in the above numbered and entitled cause is reversed and the cause remanded for further proceedings according to law.

Fred G. ZERBST, Warden, United States Penitentiary, Atlanta, Georgia, Appellant, v. Joseph McCONNELL, Appellee.

No. 8618.

Circuit Court of Appeals, Fifth Circuit.

Oct. 18, 1938.

Lawrence S. Camp, U. S. Atty., and Harvey H. Tisinger and H. T. Nichols, Asst. U. S. Attys., all of Atlanta, Ga., for appellant.

No appearance was entered on behalf of appellee.

Before SIBLEY, HOLMES, and McCORD, Circuit Judges.

PER CURIAM.

On the authority of Zerbst, Warden, v. Kidwell et al., 303 U.S. 632, 58 S.Ct. 757, 82 L.Ed. 1092, the judgment in the above numbered and entitled cause is reversed and the cause remanded for further proceedings according to law.

Fred G. ZERBST, Warden, United States Penitentiary, Atlanta, Georgia, Appellant, v. Grover RICHARDSON, Appellee.

No. 8747.

Circuit Court of Appeals, Fifth Circuit.

Oct. 18, 1938.

Lawrence S. Camp, U. S. Atty., and Harvey H. Tisinger and J. Ellis Mundy, Asst. U. S. Attys., all of Atlanta, Ga., for appellant.

No appearance was entered for appellee.

Before SIBLEY, HOLMES, and McCORD, Circuit Judges.

PER CURIAM.

On the authority of Zerbst, Warden. v. Kidwell et al., 303 U.S. 632, 58 S.Ct. 757. 82 L.Ed. 1092, the judgment in the above numbered and entitled cause is reversed and the cause remanded for further proceedings according to law.